O 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

FILED
DEC 12 PM 12:53

DISTRICT COURT
DISTRICT OF OHIO
AKRON

United States of America

v.

PAUL MONEA

**CRIMINAL COMPLAINT**

CASE NUMBER: **5:06 MJ 5134**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From on or about October 15, 2006, through the present, in Stark and Summit Counties, in the Northern District of Ohio, Eastern Division, defendant did, (Track Statutory Language of Offense)

conspire to launder monetary instruments,

in violation of Title 18, United States Code, Section 1956(h).

I further state that I am a Special Agent of the <u>Federal Bureau of Investigation</u> and that this complaint is based on the following facts:

**See Attached Affidavit.**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
MARK McMURTRY, Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence.

12-12-06    at    Akron, Ohio
Date              City and State

**JAMES S. GALLAS**
U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer