FD-302 (Rev. 10-6-95)

- 1 -

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  04/07/2006

On 03/30/2006 UCE 3124 met with Michael Miller a.k.a., Micky Miller at "LITTLE GUY" Trailer, located on Wipple DR in North Canton, OH. Present at this meeting was Miller, Paul Monet (phonic), and Dave (LNU). The meeting was consensually monitored by the UCE via a body recorder. The following is a synopsis of that meeting.

Miller introduced UCE 3124 to Paul Monet and explained that Monet had purchased Mike Tyson's home, located near Youngstown OH. Miller, Monet and the UCE drove in Monet's vechile believed to be a 600 series Mercedes Benz auto, burgundy in color, with transport OH plates on it. Monet explained that he purchased the car from "Shack" the NBA basketball player. Monet produced a registration that had Shake's name on it. Monet further explained that he, Monet, purchased Tyson's house from Tyson before Monet went to prison, and placed the house in the name of a trust. Miller is the executor of the trust. Monet explained that he had problems with one of his ventures and that he was convicted by the IRS. Monet explained that he had just gotten out of Federal prison several months prior.

Monet proposed a plan to turn the Tyson estate into an Internet sight for individuals to subscribe, and they would pay $20 plus a month to watch 20+ females who would live at the house. Basically, the project was a voyeur web sight. Monet stated he need about $300,000 to start the project and wanted the UCE to supply the funds. UCE 3124 explained to Monet that the UCE might consider the investment but it would be in cash. Monet said that it would not be a problem and advised that Monet had a friend who owned "West Coast Custom", a custom car business that was also a TV show. Monte said the owner deals in large amounts of cash and could move the money through the business. The UCE said that they would get back to Monet, if the UCE was interested. Monet asked the UCE to come to California and meet the owner of the business and discuss the deal.

Miller advised the UCE that he, Miller, had reassembled a portion of the UCE $600,000 dollars in anticipation of the purchase of the General Motors dealership from Bob Serpentini. Miller again explained that he sold the assets that he acquired with the UCE's money and was holding the majority back in cash, in a safety deposit box. Miller stated that he paid the UCE back approximately $100,000 and Paid Serpenitni $100,000, in cash as a deposit.

| | | |
|---|---|---|
| Investigation on 3/30/2006 | at | Canton, Ohio |
| File # 245K-CV-65026 -163 | | Date dictated 3/31/2006 |
| by UCE 3124 | | |

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

245K-CV-65026

Continuation of FD-302 of     UCE 3124     , On 03/30/2006 , Page 2

The afore synopsis conversation was consensually monitored by the UCE through the use of a body recorder. For details of that conversation a review on the transcript or the tape would be necessary.