FD-302 (Rev. 10-6-95)

FEDERAL BUREAU OF INVESTIGATION

Date of transcription   10/20/2006

On October 17,2006 UCE 3124 met with Michael Miller a.k.a. Micky Miller at "Miller Chevrolet",Wadsworth OH. the meeting was consensually monitored by the UCE. The following is a synopsis of that conversation / meeting.

The UCE met with Miller and Paul Monet at the afore mentioned car dealership. From that location the three traveled to a near by restaurant to eat lunch. During the Lunch conversation Monet informed the UCE that he was in position of the 42+ carat Yellow diamond, that he had previously showed the UCE. Monet stated that he had created a web sight called "Goldeneyediamond. com" to market the diamond. Monet advised that the diamond was originally over 120 carats and that it had a famous history. Monet offered the UCE a deal. If the UCE could sell the diamond for 15 million the UCE could keep a Million. Also everything over the 15 million the UCE could have 20%. At this time Miller stated that he was the Trustee of the Trust that was set up as the owner of the diamond and that he, Miller would get 5% of the sale. Monet explained how he set up the Monet family trust to protect his assets from the IRS and his problems.

The UCE advised that they may have someone interested in the Diamond but that it had to be certified real. Monet showed the UCE the Diamond which he cares in a special pants pocket that he had made, located in his grown area. The UCE advised that his/her friends would want to pay in cash. Monet stated that he had to be careful since he stilled owed the IRS money. Monet stated he would take other assets, such as cares planes, boats etc, as part of the sale price. The UCE explained that the people were from South America and implied to be in the dope business. Monet and Miller joked about it.

Monet stated that he would be at the SEMA car show in Las Vegas November 1 with the people from West Coast Custom. The UCE advised that they would attend also and see if they could get the potential buyer there at the same time.

In addition, Miller gave the UCE 6 payroll checks from the dealership. Miller also agreed to draw up a employment contract with the UCE to protect the UCE investment in the Dealership. Miller also advised he would help the UCE with the purchase of a

vestigation on    10-17-2006    at   Canton OH

File #  245K-CV-65026

Date dictated   10-20-2006

by   UCE-3124

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Continuation of FD-302 of _____ , On <u>10-17-2006</u> , Page ___2___

home in Las Vegas. Miller said he could front the UCE between $250,000 and $350,000 toward the purchase. Miller explains it would be in check form and the UCE would have to give Miller the cash with in a week. UCE agreed and advised he/she would let Miller know. The UCE showed Miller a picture of the Home that the UCE was trying to purchase.

The above conversation was consensually monitored via body recorder by the UCE. For further details of said conversations a review of the tapes or transcripts there of will be necessary.