OCTOBER 17, 2006

UC:   UCE 3124
PM:   PAUL MONEA
MM:   MICHAEL MILLER

(12:20:18)

UC:   GUESS WHAT I'M PUTTING A BID ON.

MM:   (MICKEY ON PHONE IN BACKGROUND) OH OH, I GOTCHA, I SEE, EXTRA SMALL TO EXTRA LARGE IS SUCH AND SUCH (UI)

UC:   YOU KNOW, THE GUY, IT'S GONNA GO OFF REAL ESTATE…GOD BLESS IT (MICKEY TALKING ON PHONE IN BACKGROUND) I WANNA PUT YOUR NUMBER BACK INTO MY PHONE IF I DON'T…

PM:   WHAT'S THE THEATER LOOK LIKE?

UC:   UM, IT'S HUGE.  HE PUT IN UM, SOFAS, YOU KNOW THEATER SOFAS.

PM:   YEAH YEAH.

UC:   SO THAT THEY'RE RAISED.  HE'S GOT, HE'S GOT TWO LEVELS LIKE THAT…AND UH, ALL LEATHER

MM:   (TALKING ON THE PHONE IN THE BACKGROUND)

UC:   YEAH, BUT WHAT HE DID WAS, IN THESE SOFAS HE PUT IN SMALL SCREEN TVS SO THAT BESIDES YOUR WATCHING THE BIG SCREEN TV, YOU CAN POP UP THE SMALL SCREEN IN CASE YOU WANT TO WATCH SPORTS OR DIFFERENT CHANNELS.  THE OTHER THING, UH, THERE'S A FIVE CAR GARAGE WITH A BATHROOM.  HE, HE UH, TOOK THE FLOOR AND UH, UH, LAMINATED IT WITH A (CLEAR APOXY??), COLORED IT (UI) IT'S GONNA COME OFF REAL ESTATE…AND UM…HE'LL GIVE ME A DEAL IF IT COMES, ONCE IT COMES OFF REAL ESTATE.  WHY THE FREAK AM I NOT (UI).  YOU KNOW HOW THIS THING WORKS, YOU KNOW THIS, PHONE BOOK…

MM:   (TALKING ON THE PHONE IN THE BACKGROUND)

UC:   OK (UI) IT'LL, IT'LL TAKE CARE OF MY CAR.  IT'LL TAKE CARE OF MY HOUSE

PM:   (UI)

Def's Ex

1043 C-1

UC: I WANT TO TALK TO YOU ABOUT SOMETHING ELSE YOU HAVE THAT I MAY HAVE A BUYER FOR. (TALKING TO UNIDENTIFIED FEMALE) ARE YOU TALENTED WITH PHONES?

UF: YEAH

UC: ARE YOU? OH YOU GOTTA BE. CAN YOU PUT A PHONE NUMBER IN HERE FOR ME CAUSE THIS IS KILLING ME.

PM: THIS IS HOW YOU TRICK SOME GIRLS, HE'S GONNA HAVE YOU PUT YOUR NUMBER IN IT.

UC: THAT'S WHY, I TRIED CALLLING YOUAND I DIDN'T HAVE YOUR NUMBER. HOW CAN YOU RUIN THAT LINE?

PM: SORRY

MM: (ON PHONE IN BACKGROUND)

(13:09:17)

PM: ON 15 HE GETS A MILLION, ANYTHING OVER THAT HE GETS 20%, AND I'LL TAKE A HOUSE, EXECUTIVE AIRPLANES, CARES, BOATS"

UC: CASH?

MM: CASH WORKS.

PM: CASH IS ALWAYS SCARY.

(13:29:01)

PM: DO YOU THINK AS EXPOSED AND AS VULNERABLE THAT I WOULD PUT MYSELF IN A POSITION WHERE I WAS AT RISK?